

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2021

No. 04-20-00103-CV

**IN THE MATTER OF THE ESTATE OF WILLIAM D. STEWART, JR., DECEASED,**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017-PC-0986
The Honorable Veronica Vasquez, Judge Presiding

## O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

Appellant's motion for rehearing is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court